IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KINGLEW INVESTMENTS, INC., *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE RURAL<br>DEVELOPMENT, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION 2:20-00501-KD-N<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

After due and proper consideration of the issues raised and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 9) made under 28 U.S.C. § 636(b)(1)(B)–(C), Fed.R.Civ.P. 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 1, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that pursuant to Rule 41(b) Fed.R.Civ.P., Plaintiff KingLew Investments, Inc.'s claims against the Defendants are **DISMISSED without prejudice**.  The Clerk of Court is **DIRECTED** to terminate KingLew Investments, Inc. as an active party to this action.

Plaintiff Lewis Giles Jr.'s claims against the Defendants remain in this case.

**DONE** and **ORDERED** this the **8th** day of **January 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**